**Aida SO, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2007–3311.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Booker MCCLENTY, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2007–3318.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

Booker McClenty, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**John G. WESTINE, Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2007–5105, 2007–5119.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

John G. Westine, pro se.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

Peter J. LOCKE and Jeanne Locke, Plaintiffs–Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5165.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Alex W. CHERBANAEFF and Ann Cherbanaeff, Plaintiffs– Appellants,

v.

UNITED STATES, Defendant–Appellee.

No. 2007–5166.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

**ORDER**

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Richard B. CHILDS, Claimant– Appellant,

v.

Gordon H. MANSFIELD, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7288.

United States Court of Appeals, Federal Circuit.

Oct. 17, 2007.

Richard B. Childs, pro se.